# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| KERRY A. POLK, | * | |
| Petitioner, | * | |
| | | CASE NO. 5:06-CV-14  (WDO) |
| VS. | * | 18 U.S.C. §3559(C)(7) |
| | | CASE NO. 5:98-CR-00066 (WDO) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## ORDER

This order hereby adopts and incorporates the Report and Recommendation that the United States Magistrate Judge filed in this case on March 8, 2006. The Court has reviewed and carefully considered Defendant's Objections to the Magistrate Judge's Recommendation, and Petitioner's Objections filed thereto, and find said Objections to be without merit.

Accordingly, Petitioner's Motion under 28 U.S.C. § 3559(c)(7), characterized as a second and successive 28 U.S.C. 2255 6(4) Motion To Vacate, Set Aside, or Correct his Sentence is hereby **DENIED.**

**SO ORDERED**, this 5th day of April 2006.


    S/
    WILBUR D. OWENS, JR.
    UNITED STATES DISTRICT JUDGE