IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KERRY A. POLK, | : | |
| Petitioner | : | |
| VS. | : | |
| UNITED STATES OF AMERICA, | : | NO. 5:98-CR-66 (HL) |
| Respondent | : | **O R D E R** |

  Before the Court is petitioner **KERRY A. POLK'S** "Notice of Appeal or in the Alternative Request for a Certificate of Appealability (COA)." Petitioner seeks to appeal the judgment of this Court denying his application for habeas relief under 28 U.S.C. § 2255. Under section 2253(c)(2), a COA may issue only if the applicant makes " a substantial showing of the denial of a constitutional right." This requires a petitioner to demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *See also Slack v. McDaniel*, 529 U.S. 473, 478 (2000).

  For the reasons stated in Magistrate Judge's recommendation and this Court's order accepting the same, the Court finds reasonable jurists could not find that a dismissal of petitioner's claims was debatable or wrong. Accordingly, it is hereby **ORDERED** that petitioner's application for a COA be **DENIED**.

  **SO ORDERED**, this 13th day of May, 2009.

             *s/ Hugh Lawson*
             HUGH LAWSON
             UNITED STATES DISTRICT JUDGE

cr